

FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0098

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0098

MICHAEL DAHEDL,

Petitioner,

v.

RICHARD W. VAUGHN, Sheriff,

Respondent.

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Michael Dahedl has filed a Petition for Writ of Habeas Corpus, indicating that he is being held in jail and that his bail is excessive. He contends that he has "been wrongfully incarcerated since October 3, 2021." Dahedl states that the alleged victim "does not exist" and that the investigation "leading to [his] arrest was 100% fabricated." He adds that "drugs were planted and illegally seized . . . ." Dahedl claims that the assault with a weapon charge is false and requests a thorough investigation into his six charges. He requests his immediate release and states that his attorney has sent us a thumb drive with all the case details.

This Court does not conduct investigations. As an appellate court, we review decisions issued in Montana's District Courts or entertain original proceedings, such as Dahedl has filed. M. R. App. P. 14(2). Contrary to Dahedl's statement, his counsel has not sent us any thumb drive because it would be improper to do so.

We requested and reviewed the register of actions for Dahedl's pending criminal case in the Fergus County District Court. The State has charged him with five offenses, and the matter has recently been reset for a jury trial. As Dahedl provides in his Petition, he has counsel to represent him in his criminal proceeding. His counsel has filed motions for Dahedl's release on his own recognizance, and the motions have been opposed. Dahedl should refrain from attempting to litigate his matter with this Court. While he has raised

the issue of bail in a habeas corpus proceeding here, he has not provided any supporting argument or evidence for want of bail, pursuant to § 46-22-103, MCA. A district court has the discretion to grant or deny release and bail, and this Court will not intervene, especially with the limited information presented. *Grafft v. Mont. Fourth Judicial Dist. Court*, 2021 MT 201, ¶ 11, 405 Mont. 192, 197, 492 P.3d 1213.

Dahedl should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c).

Dahedl has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. He is not entitled to release. After his proceeding has concluded in District Court, Dahedl retains the remedy of appeal of the court's final judgment to this Court. Accordingly,

IT IS ORDERED that Dahedl's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Jon A. Oldenburg, Fergus County District Court; Phyllis Smith, Clerk of District Court, Fergus County, under Cause No. DC-2021-88; Sheriff Vaughn, Fergus County Jail; Jean Ann Adams, Deputy County Attorney; Craig Buehler, Defense Counsel; counsel of record, and Michael Dahedl personally.

DATED this _____ day of March, 2022.

_____
Chief Justice

_____

_____

2

Justices